# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     5:23-cv-00670-JFW-AJR                              Date:  January 8, 2024
                                                                Page 1 of 2

Title:     John Robert Silvis v. County of Riverside

DOCKET ENTRY:     **ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY RESPONSE AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On November 3, 2023, Plaintiff John Robert Silvis ("Plaintiff"), a civil detainee incarcerated at the Coalinga State Hospital and proceeding *pro se*, filed a Second Amended Complaint pursuant to 42 U.S.C. § 1983 ("SAC").  (Dkt. 14.)  On November 22, 2023, the Court issued an order dismissing the SAC with leave to amend ("Order").  (Dkt. 16.)  In the Order, Plaintiff was directed to file a Third Amended Complaint ("TAC") that attempts to remedy the identified defects by December 22, 2023.  (Id.)

As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.  **As the Court previously advised Plaintiff, failure to file a TAC may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**  Plaintiff is ordered to show cause by **January 22, 2024** why this action should not be dismissed with prejudice for failure to prosecute and/or obey Court orders.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 5:23-cv-00670-JFW-AJR | Date: January 8, 2024 |
| | | Page 2 of 2 |

Title:      John Robert Silvis v. County of Riverside

Plaintiff may satisfy this Order by filing a declaration signed under penalty of perjury stating why this action should not be dismissed or by filing a TAC that attempts to remedy the defects identified in the Court's November 22, 2023 Order.

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachment:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).