**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN ROBERT SILVIS,

    Plaintiff,

  v.

COUNTY OF RIVERSIDE.

    Defendant.

Case No. 5:23-cv-00670-JFW-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint (Dkt. 36), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 41). The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered (1) GRANTING WITHOUT LEAVE TO AMEND Defendant's Motion to Dismiss the Fourth Amended Complaint; and (2) DISMISSING THIS ACTION WITH PREJUDICE for failure to state a claim for relief.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and Judgment herein on Plaintiff at his current address of record, as well as all parties who have appeared in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   March 20, 2026

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2