JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT SILVIS, | Case No. 5:23-cv-00670-JFW-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to state a cognizable claim for relief.

DATED: March 20, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE